**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**DESMOND JANQDHARI** | **CRIMINAL ACTION**<br><br>**NO.   14-217-1** |

**ORDER RE PRETRIAL MOTIONS TO SUPPRESS**

**AND NOW**, this    5th    day of November, 2015, for reasons stated in the foregoing memorandum, Defendant's Motion to Suppress Identification (ECF 43) and Statement (ECF 72) are DENIED.

**BY THE COURT:**

*/s/ Michael M. Baylson*

**Michael M. Baylson, U.S.D.J.**

O:\CRIMINAL CASES\14-217 JANQDHARI\14-217-1.MOTIONSTOSUPPRESS.DOCX